UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

                                Case No.: 8:15-bk-09065-CPM

Jolanta Zasadna                     Chapter 7

        Debtor(s).
_____/

## NOTICE OF HEARING

A PRELIMINARY HEARING in this case will be held on June 20, 2016 at 1:30 p.m. in Courtroom 8B Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL, 33602, before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge, to consider this matter and transact such other business that may come before the court.

1. The hearing may be continued upon announcement made in open Court without further notice.
2. <u>Appropriate Attire.</u> You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
3. <u>Avoid delays at Courthouse security checkpoints</u>. You are reminded that Local Rule 5073−1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated: May 17, 2016

                                        Respectfully submitted,

                                        /s/ Richard M. Dauval, Esq.
                                        Richard M. Dauval, Esq.
                                        Florida Bar No. 664081
                                        Leavengood, Dauval, Boyle & Meyer, P.A.
                                        3900 1st Street North, Suite 100
                                        Saint Petersburg, FL 33703
                                        727-327-3328
                                        rdauval@leavenlaw.com
                                        Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

                                               Case No.: 8:15-bk-09065-CPM

Jolanta Zasadna                             Chapter 7

     Debtor(s).
_____/

## APPLICATION FOR COMPENSATION
## FOR REAL ESTATE PROFESSIONALS

Stephen L. Meininger, Trustee, files this Application for Compensation for Real Estate Professionals, BK Global Real Estate Services (hereinafter "BKG") and Century 21 Beggins (hereinafter the "Listing Agent"), in the above-captioned case and in support thereof states:

1. The Court has approved the employment of the BKG and the Listing Agent in this case (Doc. No. 23).

2. A copy of the proposed HUD 1 Statement is attached, wherein six percent, or $10,872.00 of the gross sale price is proposed to be paid to the Listing Agent and shared with the cooperating real estate agent.

3. Per the proposed HUD-1, it is anticipated that Listing Agent will share $5,436.00 (or 3% of the gross sales price) with the co-operating real estate agent, and the Listing Agent, will retain $5,436.00 (or 3 % of the gross sale price) from the proceeds of the proposed sale of real property located at 3816 104th Ave N, Clearwater, FL 33762.

4. BKG and the Listing Agent have entered into an agreement whereby the Listing Agent would pay fifty percent of their commission to BKG as a referral fee. Accordingly, BKG and the Listing Agent each seek compensation of $2,718.00

incident to the aforementioned sale.

5. The Trustee asserts that the fees sought by BKG and the Listing Agent are customary and standard in the residential real property industry.

6. The Trustee believes that BKG and Century 21 Beggins provided a valuable service to the Estate by marketing and negotiating the short sale of nonexempt real property and should be afforded the compensation described above.

    **WHEREFORE**, the Trustee respectfully requests that the Court award fees to BKG and the Listing Agent for services rendered in this case and for any other relief as the Court deems just.

    Respectfully submitted,

    /s/ Richard M. Dauval
    Richard M. Dauval, Esq.
    Attorney for the Trustee
    3900 1st Street North
    Saint Petersburg, FL 33703

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Application for Compensation for Realtor was served by electronic delivery to the Office of the United States Trustee on: May 17, 2016.

U.S. Trustee, USTPRegion21.TP.ecu@usdoj.gov

    /s/ Richard M. Dauval
    Richard M. Dauval

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**ServiceLink, LLC**
**ALTA Universal ID:**
**400 Corporation Drive**
**Aliquippa, PA 15001**

| | |
|---|---|
| File No./Escrow No. : | 160055600 |
| Print Date & Time: | April 15, 2016   3:46 pm |
| Officer/Escrow Officer : | SL SoftProIncomingWires |
| Settlement Location : | 400 Corporation Drive |
| | Aliquippa, PA 15001 |
| Property Address: | 3816 104TH AVE |
| | Clearwater, FL 33762 |
| Borrower: | Marie Vukadin |
| Seller: | STEPHEN MEININGER FEDERAL BANK TRUSTEE OF THE JOLANTA ZASADNA BANKRUPTCY ESTATE |
| Lender: | |
| Settlement Date: | May 01, 2016 |
| Disbursement Date: | May 01, 2016 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | 181,200.00 | Sale Price of Property | 181,200.00 | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| 2,318.57 | | County Taxes<br>01/01/16 - 05/01/16 | | 2,318.57 |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| 600.00 | | Closing Fee to ServiceLink, LLC | | |
| | | Closing Fee to ServiceLink, LLC | 475.00 | |
| 60.00 | | Deed Prep Fee to Rosenberg LPA | | |
| | | Florida Surcharge to ServiceLink, LLC | 3.28 | |
| 250.00 | | Title Search Fee to ServiceLink, LLC | | |
| 500.00 | | LIEN SEARCH to ServiceLink, LLC | | |
| 981.00 | | Owner's Title Insurance to ServiceLink, LLC<br>    Coverage:  181,200.00<br>    Premium:  981.00 | | |
| | | | | |
| | | **Commissions** | | |

Copyright 2015 American Land Title Association
All rights reserved

File # 160055600 / 27
Printed on 04/15/16 at  3:46:01PM by 6014877

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Commissions (continued)** | | |
| 5,436.00 | | COMMISSION to CENTURY 21 BEGGINS ENTERPRISES | | |
| 5,436.00 | | COMMISSION to RE/MAX REALTEC GROUP | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| 52.50 | | Recording Fees to ServiceLink Advance Recording Account | 258.50 | |
| 1,268.40 | | INTANGIBLE TAX to ServiceLink Advance Recording Account | | |
| 634.20 | | MORTGAGE TAX to ServiceLink Advance Recording Account | | |
| | | | | |
| | | **Payoff(s)** | | |
| 135,163.33 | | Payoff of First Mortgage Loan to BAYVIEW       Loan Payoff                 135,163.33       Total Payoff              135,163.33 | | |
| 18,000.00 | | Payoff of Second Mortgage Loan to REGIONS       Loan Payoff                  18,000.00       Total Payoff               18,000.00 | | |
| | | | | |
| | | **Miscellaneous** | | |
| 7,500.00 | | BK Estate Fee to **STEPHEN MEININGER FEDERAL BANK TRUSTEE OF THE JOLANTA ZASADNA BANKRUPTCY ESTATE** | | |
| 3,000.00 | | Relocation Incentive to **STEPHEN MEININGER FEDERAL BANK TRUSTEE OF THE JOLANTA ZASADNA BANKRUPTCY ESTATE** | | |

| Seller Debit | Seller Credit | | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| 181,200.00 | 181,200.00 | **Subtotals** | 181,936.78 | 2,318.57 |
| | | **Due from Borrower** | | 179,618.21 |
| 181,200.00 | 181,200.00 | **Totals** | 181,936.78 | 181,936.78 |

Copyright 2015 American Land Title Association
All rights reserved

File # 160055600 / 27
Printed on 04/15/16 at 3:46:01PM by 6014877

**Acknowledgement**
We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize ServiceLink, LLC to cause the funds to be disbursed in accordance with this statement.

Borrower

_____

Seller

STEPHEN MEININGER FEDERAL BANK
TRUSTEE OF THE JOLANTA ZASADNA
BANKRUPTCY ESTATE

BY:_____

_____
SL SoftProIncomingWires
Resource Mailbox

Copyright 2015 American Land Title Association
All rights reserved

File # 160055600 / 27
Printed on 04/15/16 at 3:46:01PM by 6014877