ORDERED.

Dated: June 23, 2016

*[Signature]*
Catherine Peek McEwen
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No.: 8:15-bk-09065-CPM
Chapter 7

Jolanta Zasadna

_____DEBTOR_____/

## ORDER APPROVING APPLICATION FOR COMPENSATION FOR REALTOR

This matter came before the Court for hearing on June 20, 2016, at 1:30, upon the Chapter 7 Trustee's Application for Compensation for Realtor (Application, Doc. No. 31) wherein the Trustee requests that the Court award fees to Real Estate Professionals, BK Global Real Estate Services ("BKG") and Century 21 Beggins ("Listing Agent") in the amount of: $10,872.00, or 6% of the gross sale price from the proposed sale of the property located at 3816 104th Ave N, Clearwater, FL 33762. The Court considered the Application and is satisfied that the Application is well taken and should be approved.

Accordingly, it is

**ORDERED**

The Application is approved and the Trustee is authorized to

1. Pay to BKG and Listing Agent fees in the total amount of up to $10,872.00, or 6% of the total gross sales price from the sale of the property located at 3816 104th Ave N, Clearwater, FL 33762.

2. Any sharing of the fees by BKG and Listing Agent with a co-operating agent does not violate this Order.

3. Such fees to be paid at closing without further Order from the Court.

Attorney, Richard M. Dauval, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.