UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

                                          Case No.: 8:15-bk-09065-CPM

Jolanta Zasadna                           Chapter 7

        Debtor(s).
_____/

## NOTICE OF FILING COPY OF RECORDED DEED

PLEASE TAKE NOTICE THAT, Stephen L. Meininger, Trustee, by and through his undersigned counsel, hereby files the attached copy of the deed that was recorded on July 19, 2016 in Book 19271, Page 379 of the official records of Pinellas County, Florida.

Dated: October 7, 2016

                                          Respectfully submitted,

                                          /s/ Richard M. Dauval, Esq.
                                          Richard M. Dauval, Esq.
                                          Florida Bar No. 664081
                                          Leavengood, Dauval, Boyle & Meyer, P.A.
                                          3900 1st Street North, Suite 100
                                          Saint Petersburg, FL 33703
                                          727-327-3328
                                          rdauval@leavenlaw.com
                                          Attorney for Trustee

I#: 2016219524 BK: 19271 PG: 379, 07/19/2016 at 01:50 PM, RECORDING 3 PAGES
$27.00 D DOC STAMP COLLECTION $1268.40 KEN BURKE, CLERK OF COURT AND
COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLKDMC4

Case 8:15-bk-09065-CPM  Doc 42  Filed 10/07/16  Page 2 of 4

OFFICIAL COPY

Commitment Number: 160055600

After Recording Return To:
ServiceLink, LLC
1400 Cherrington Parkway
Moon Township, PA 15108

PROPERTY APPRAISAL (TAX/APN) PARCEL IDENTIFICATION NUMBER
15/30/16/48599/000/610

## SPECIAL WARRANTY DEED

STEPHEN L. MEININGER, CHAPTER 7 TRUSTEE FOR JOLANTA ZASADNA, whose mailing address is **15245 MARKHAM DR., CLERMONT, FL 34714**, hereinafter grantor, for $181,200.00 (One Hundred Eighty One Thousand Two Hundred Dollars and Zero Cents) in consideration paid, with authority to grant as shown in Case No. 8:15-BK-09065-CPM, grants with covenants as set out below to **MARIE VUKADIN**, hereinafter grantee, whose tax mailing address is **3816 104TH AVE., CLEARWATER, FL 33762**, the following real property:

ALL THAT CERTAIN PARCEL OF LAND SITUATED IN COUNTY OF PINELLAS AND STATE OF FLORIDA, BEING KNOWN AND DESIGNATED AS; LOT(S) 61, OF WATER SIDE AT THE LAKE, AS RECORDED IN PLAT BOOK 102, PAGE 79 ET SEQ., OF THE PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA.
Property Address is: 3816 104TH AVE., CLEARWATER, FL 33762

GRANTOR WILL DEFEND THE SAME AGAINST THE LAWFUL CLAIMS OF ALL PERSONS CLAIMING BY, THROUGH OR UNDER GRANTOR, AND NO OTHERS.

Seller makes no representations or warranties, of any kind or nature whatsoever, other than those set out above, whether expressed, implied, implied by law, or otherwise, concerning the condition of the title of the property.

The real property described above is conveyed subject to the following: All easements, covenants, conditions and restrictions of record; All legal highways; Zoning, building and other laws, ordinances and regulations; Real estate taxes and assessments not yet due and payable; Rights of tenants in possession.

TO HAVE AND TO HOLD the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title interest, lien equity and claim whatsoever of the said grantor, either in law or equity, to the only proper use, benefit and behalf of the grantee forever.



Executed by the undersigned on July 14, 2016:

_____, Trustee
STEPHEN L. MEININGER, CHAPTER 7 TRUSTEE FOR JOLANTA ZASADNA

Witness Grantor's hand this 14th day of July, 2016.

Signed, Sealed and Delivered
in the presence of these Witnesses
(one of whom may be the Notary):

| Witness (signature on above line) | Printed Name |
|---|---|
| _Kristina Barry_ | KRISTINA BARRY |
| _David Parsley_ | DAVID S. PARSLEY |
| Witness (signature on above line) | Printed Name |

STATE OF Florida
COUNTY OF Hillsborough
The foregoing instrument was acknowledged before me on July 14, 2016 by **STEPHEN L. MEININGER, CHAPTER 7 TRUSTEE FOR JOLANTA ZASADNA** who is personally known to me or has produced _____ identification, and furthermore, the aforementioned person has acknowledged that his/her signature was his/her free and voluntary act for the purposes set forth in this instrument.

_____
Notary Public

This instrument prepared by:
Jay A. Rosenberg, Esq., Rosenberg LPA, Attorneys At Law, 3805 Edwards Road, Suite 550, Cincinnati, Ohio 45209 (513) 247-9605 Fax: (866) 611-0170.